# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2720

_____

| | | |
|---|---|---|
| Leonard Bieri, III, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: February 14, 2005
Filed: February 18, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Leonard Bieri appeals the district court's[1] denial of Bieri's motion to reconsider the dismissal of his quiet-title action. The district court dismissed Bieri's complaint because Bieri's property rights in the subject property were extinguished by a final order of forfeiture which Bieri had previously challenged. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying reconsideration because this matter is foreclosed by the doctrine of res judicata. See Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills, 141 F.3d

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

1284, 1286 (8th Cir. 1998) (standard of review); <u>Klipsch, Inc. v. WWR Tech., Inc.,</u> 127 F.3d 729, 733 (8th Cir. 1997) (res judicata precludes relitigation of claim on grounds that were raised or might have been raised in prior action).

Accordingly, we affirm.

_____